```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA        :

   v.                           :       Civil Action No. DKC 17-3256

                                           :

CHESAPEAKE FIRESTOP PRODUCTS,
INC., et al.                    :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of August, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for default judgment filed by Plaintiff United States of America (ECF No. 11) BE, and the same hereby IS, GRANTED;

2. Judgment BE, and the same hereby IS, ENTERED in favor of the United States of America and against Chesapeake Firestop Products, Inc. in the amount of $3,504,479, plus any statutory additions;

3. Defendants Clifford Smith and Chesapeake Firestop Products, Inc. BE, and the same hereby ARE, PERMANENTLY ENJOINED as follows:

      a. Under 26 U.S.C. § 7402(a), Defendants as well as their agents, employees, and anyone acting in concert or participation with them, are ENJOINED:

   i. to withhold federal income and FICA taxes from the wages of their employees and pay those taxes when they become due;

  ii. to deposit withheld federal income and FICA taxes and Chesapeake's share of FICA and FUTA taxes in an appropriate federal depository bank each quarter;

 iii. for the next five years, to provide proof no later than the twentieth of each month to the Internal Revenue Service at 190 Admiral Cochrane Drive, Suite 180-C, Annapolis, MD 21401 or such other location as the IRS may deem appropriate that the required tax deposits were timely made;

  iv. to file all outstanding employment and unemployment tax returns;

   v. from assigning or making disbursements of Chesapeake's property until all income taxes and FICA taxes together with Chesapeake's FICA and FUTA taxes are paid to the IRS;

  vi. for the next five years, to notify the IRS within ten days of beginning, operating, owning, managing, or working for any new business enterprise;

4. Plaintiff SHALL BE permitted to issue discovery requests during the pendency of the injunction to ensure that Defendants are in compliance with the injunction;

5. The court will retain jurisdiction over this case to ensure compliance with this Order; and

6. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for Plaintiff and directly to Defendants and CLOSE this case.

                                                                             /s/
                                        DEBORAH K. CHASANOW
                                        United States District Judge